| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MELLOY, MICHAEL J. | U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF IOWA.  NOMINATED FOR U.S. DISTRICT COURT, NORTHERN DIST. | APRIL 13, 1992 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CURRENTLY U.S. BANKRUPTCY JUDGE; NOMINATED FOR U.S. DISTRICT COURT JUDGE | X Nomination, Date April 9, 1992 __ Initial __ Annual __ Final | 1/1/92 TO 4/13/92 |

| 7. Chambers or Office Address |
|---|
| P.O. BOX 74890  CEDAR RAPIDS, IOWA 52407 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions) | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| __ NONE (No reportable non-investment income) | | |
| 1 | ST. JUDE'S SCHOOL (S) | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | MICHAEL J. MELLOY | APRIL 13, 1992 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Great Plains Bankruptcy Conference, Inc. | Travel, meals & lodging for speaking at bankruptcy seminar; 3/5/92-3/8/92. |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000   N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

# 183

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | MICHAEL J. MELLOY | APRIL 13, 1992 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 KEOGH Plan maintained by American Bar Association. | A | int. | J | T | transfer | 1/91 | J | A | See Sect. VIII. | |
| 2 IBM common stock owned thru O'Connor & Thomas Profit Sharing Plan at Fist Natl Bank of Dubuque | A | div. | K | T | transfer out | 3/92 | J | A | Transferred to First Natl IRA See Sect. VIII. | |
| 3 Common stock fund of First Natl Bk of Dubuque, owned thru O'Connor & Thomas Profit Sharing Plan. | A | div. | K | T | transfer out | 3/92 | J | A | Transfer to First Natl IRA. See Sect. VIII. | |
| 4 IBM Stock in First Natl Bk IRA | A | div. | K | T | transfer in | 3/92 | J | | See Sect. VIII. | |
| 5 Stock, trust fund of First Natl Bank owned held in First Natl Bank IRA | A | div. | K | T | transfer in | 3/92 | J | | See Sect. VIII. | |
| 6 Firstar (formerly Merchants Natl Bank) checking acct. | A | int. | J | T | | | | | | |
| 7 Perpetual Savings Bank, checking & savings acct. | A | int. | J | T | | | | | | |
| 8 Northwestern Mutual Life Insurance co. - cash value of life ins. policies. | B | int. | J | T | | | | | | |
| 9 1st Fed. Credit Union, savings account | A | int. | J | T | | | | | | |
| 10 IBM common stock owned thru Prudential Bache IRA | A | div. | J | T | | | | | | |
| 11 Prudential Bache IRA money market account | A | int. | J | T | | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to $5,000 D=$5,001 to $15,000
(See Col. B1 & D41) E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=more than $1,000,000
2 Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000
(See Col. C1 & D3) N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=more than $1,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | MICHAEL J. MELLOY | APRIL 13, 1992 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____SEE ATTACHED._____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _April 13, 1992_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:      Judicial Ethics Committee
                                                      Administrative Office of the
                                                      United States Courts
                                                      Washington, DC 20544

Digitized by Google

VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.   (Indicate part of Report.)


Section VII.   Lines 1-5.


I explained in my financial disclosure report for the period ending December 31, 1991, that my former law firm had terminated the KEOGH plan maintained with the American Bar Association.  One of the Guaranteed Rate Accounts held by the KEOGH plan matured in January, 1992.  Upon maturity, the proceeds from the GRA were paid to the O'Connor & Thomas, P.C., Profit Sharing Plan, maintained at the First National Bank of Dubuque, Iowa. There still remains one GRA with the ABA KEOGH Plan which will mature in January, 1994.

I made arrangements to transfer all of the assets held in the O'Connor & Thomas, P.C., Profit Sharing Plan to an Individual Retirement Account at First National Bank of Dubuque.  This transfer was made subsequent to the receipt of the proceeds by the profit sharing plan from the maturity of the GRA held in the ABA KEOGH Plan.  The transfer from the Profit Sharing Plan to the IRA occurred within First National Bank of Dubuque, and there was no change in the asset allocation.  That is, the money is in the IRA continued to be invested in IBM stock and the Bank's common stock trust fund. Section VII. of my report shows the transfer which occurred in March, 1992, and the fact that the investments are now held in an IRA at First National Bank of Dubuque.

Digitized by Google

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
Reform Act of 1989. Pub. L. No
101-194. November 30. 1989
(5 U.S.C.A. App. 6. §§101-112)

| 10-10 Rev. 1/92 | | |
|---|---|---|
| 1. Person Reporting (Last name. first. middle initial) | 2. Court or Organization | 3. Date of Report |
| MELLOY, MICHAEL J. | U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF IOWA | APRIL 13, 1992 |
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) U.S. BANKRUPTCY JUDGE | 5. Report Type (check appropriate type) ___ Nomination. Date ___ ___ Initial __X__ Annual ___ Final | 6. Reporting Period 1/1/91 to 12/31/91 |
| 7. Chambers or Office Address P.O. BOX 74890 CEDAR RAPIDS, IOWA 52407 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X | NONE (No reportable positions) |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X | NONE (No reportable agreements) |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | NONE (No reportable non-investment income) | |
| | ST. JUDE'S SCHOOL (S) | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MICHAEL J. MELLOY | Date of Report<br>APRIL 13, 1992 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS—transportation, lodging, food. entertainment.
(Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children. respectively. See pp. 12-14 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| FEDERAL BAR ASSOCIATION | Food & lodging to speak at Federal Bar Assn. Bankruptcy Seminar in Des Moines, Iowa; 10/25/91-10/26/91. |
| BANKRUPTCY SEMINARS OF IOWA, INC. | Travel, food & lodging to speak at bankruptcy seminar in Waterloo, Iowa; 8/1/91-8/3/91. |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children: use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children. respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-17 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J = $15,000 or less | K = $15,001 to $50,000 | L = $50,001 to $100,000 | M = $100,001 to $250,000 |
|---|---|---|---|---|
| | N = $250,001 to $500,000 | O = $500,001 to $1,000,000 | P = More than $1,000,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MICHAEL J. MELLOY | Date of Report<br>APRIL 13, 1992 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS—income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-26 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code[1]<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code[2]<br>(J-P) | (2)<br>Value<br>Method<br>Code[3]<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code[2]<br>(J-P) | (4)<br>Gain<br>Code[1]<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 KEOGH plan maintained by American Bar Association | B | int. | K | T | transfer | 10/91 | K | D | See Sect. VIII. | |
| 2 IBM common stock owned through O'Connor & Thomas Profit Sharing Plan | | | | | | | | | See Sect. VIII. | |
| 3 at First Natl Bank of Dubuque | A | | K | T | Buy | 10/91 | K | | | |
| 4 Stock, trust fund of lst Natl Bk of Dubuque, owned thru O'Connor & Thomas Profit Sharing plan | A | div. | K | T | Buy | 10/91 | K | | | |
| 5 Firstar (formerly Merchants Natl Bank) checking acct. | A | int. | J | T | | | | | | |
| 6 Perpetual Savings Bank, checking & savings acct. | A | int. | J | T | | | | | | |
| 7 IBM common stock owned thru Prudential Bache IRA | A | div. | J | T | Buy | 10/91 | K | | | |
| 8 Prudential Bache IRA money market account. | A | int. | J | T | | | | | | |
| 9 Northwestern Mutual Life Insurance Co. - cash | B | int. | J | T | | | | | See Sect. VIII. | |
| 10 Value of Life Ins. policies | | | | | | | | | | |
| 11 First Federal Credit Union - savings acct. | A | int. | J | T | opened new acct. | 3/91 | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MICHAEL J. MELLOY | Date of Report<br>APRIL 13, 1992 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

SEE ATTACHED.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _April 13, 1992_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google